UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LISA JENKINS, on behalf of,
a child, DANIEL BAILEY,**

        Plaintiff(s),        CASE NUMBER: 05-70978
                                HONORABLE VICTORIA A. ROBERTS

v.

**COMMISSIONER OF
SOCIAL SECURITY,**

        Defendant(s).
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

On March 23, 2006, Magistrate Judge Wallace Capel, Jr. submitted a Report and Recommendation **[Doc. 16]** recommending that the Court grant Defendant's Motion for Summary Judgment **[15]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **GRANTS** Defendant's Motion for Summary Judgment.

        **IT IS SO ORDERED.**

                                          s/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: April 7, 2006

> The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on April 7, 2006.
>
> s/Carol A. Pinegar
> Deputy Clerk